1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12    JEFFREY LAMONT TAYLOR,                        NO. C 05-4112 JW

13
                         Plaintiff(s),
14                                                  **ORDER OF DISMISSAL**
                 v.
15
      SALINAS VALLEY STATE PRISON,
16
                         Defendant(s).
17
      _____/
18

19            On September 29, 2005, Plaintiff submitted a document to the Clerk's Office which appears

20    to be a letter to Judge Henderson requesting that the Court conduct an investigation into conditions

21    at Salinas Valley State Prison.  There are several exhibits attached to the letter, including copies of

22    complaints Plaintiff filed with the Department of Corrections and in the district court.  The

23    documents were filed and treated as a new civil rights complaint.  The Clerk of Court sent Plaintiff a

24    notice directing Plaintiff to either submit an in forma pauperis application, or alternatively, to pay

25    the filing fee within thirty days.  Plaintiff submitted an in forma pauperis application on November

26    9, 2005.

27
      Order of Dismissal
28    P:\PRO-SE\SJ.Jw\CR.05\taylor4112dismissal.wpd

1          Pursuant to 28 U.S.C. section 1915A, the Court must now screen the complaint.  Plaintiff's

2    request for an investigation is simply not cognizable as claim under 42 U.S.C. section 1983.

3    Accordingly, this case is DISMISSED with prejudice.  The clerk shall terminate any pending

4    motions.

5    Dated: May 10, 2006

6                                        JAMES WARE

                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Order of Dismissal
     P:\PRO-SE\SJ.Jw\CR.05\taylor4112dismissal.wpd    2

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Jeffrey Lamont Taylor
D41759
D-6-129 C-1-131
Salinas Valley State Prison
P. O. Box 1060
Soledad, Ca 93960-1060


**Dated: May 10, 2006**                              **Richard W. Wieking, Clerk**


                                                **By:_/s/_____**
                                                     **Melissa Peralta**
                                                     **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\CR.05\taylor4112dismissal.wpd

United States District Court

For the Northern District of California